YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Tax — assessment — where assessment not void but erroneous for over-valuation certiorari sole remedy.*

*Young Women's Christian Assn.* v. *City of New York,* 220 App. Div. 49, affirmed.

(Argued February 17, 1928; decided March 27, 1928.)

APPEAL from a judgment, entered March 25, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to cancel as a cloud upon title taxes for the years 1920, 1921, 1922 and 1923 assessed upon real property of the plaintiff situated in the borough of Manhattan, city of New York. The Appellate Division held that the assessments were not illegal but erroneous from overvaluation and that certiorari was the only remedy.

*Richard Ely* for appellant.

*George P. Nicholson, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

FRED H. PREISER, Appellant, *v.* ISAAC E. SCHINE et al., Copartners under the Firm Name of CITY LUMBER COMPANY, Respondents, Impleaded with Others.

*Lien — invalidity of mechanics' lien where notice fails to state labor performed or materials furnished at time of filing and agreed price or value thereof.*

*Preiser* v. *Schine,* 221 App. Div. 878, affirmed.

(Submitted February 17, 1928; decided March 27, 1928.)

APPEAL from a judgment, entered November 21, 1927, upon an order of the Appellate Division of the Supreme